**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00876-CR

### JON PAUL GOFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-18879-U**

## ORDER

The reporter's record and appellant's brief have been filed, but the clerk's record has not been filed. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ DAVID EVANS
JUSTICE